# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136700(61)

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
       Plaintiff-Appellee,

v

                                  SC: 136700
                                  COA: 272652
                                  Ingham CC: 89-064557-CE

REXAIR, INC.,
       Defendant-Appellant.

_____/

       On order of the Court, the motion for reconsideration of this Court's October 3, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

       KELLY, C.J., and HATHAWAY, J., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2009

_____
Clerk

d0422